UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Civil No. 05-677 (JRT/FLN) |
| Plaintiff, | |
| v. | O R D E R |
| One 2001 Chevrolet Suburban | |
| Defendant. | |

_____

James S. Alexander, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for respondents.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 25, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

Pursuant to Fed. R. Civ. P. 55, a default judgment is entered against Travis Todd Smith, Norene Lavonne Dooley, and all unknown persons and entities having an interest in the 2001 Chevrolet Suburban.

A Final Order Of Forfeiture is entered forfeiting the Defendant 2001 Chevrolet Suburban to the Plaintiff pursuant to 21 U.S.C. §§ 881(a)(4) and (6), for disposition in accordance with law.

DATED:   June 27, 2006,                              s/John R. Tunheim
at Minneapolis, Minnesota                          JOHN R. TUNHEIM
                                                                    United States District Court